CRAVATH, SWAINE & MOORE LLP
Kevin J. Orsini
Kyle S. Gazis (*pro hac vice* to be filed)
Lelia A. Ledain (*pro hac vice* to be filed)
Rachel R. Siegel (*pro hac vice* to be filed)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

Attorneys for Plaintiff Gianfranco Arena

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GIANFRANCO ARENA<br><br>                Plaintiff,<br><br>            v.<br><br>RIVERSOURCE LIFE INSURANCE CO.,<br><br>                Defendant. | 2:16-cv-5063 (JLL)(SCM) |

### NOTICE OF MOTION TO ADMIT LELIA A. LEDAIN, ESQ., *PRO HAC VICE* PURSUANT TO LOCAL CIVIL RULE 101.1(c)

PLEASE TAKE NOTICE that on Monday, October 16, 2017, the undersigned attorneys in the above-captioned matter for Plaintiff Gianfranco Arena shall move before the Honorable Steven C. Mannion, U.S.M.J. of the United States District Court in Newark, New Jersey, pursuant to Local Civil Rule 101.1(c) for the admission of Lelia A. Ledain, Esq., *pro hac vice* in these proceedings; and,

PLEASE TAKE FURTHER NOTICE that, in support of this motion, the Plaintiff relies on the Certifications of Kevin J. Orsini, Esq., and Lelia A. Ledain, Esq.

A proposed order is enclosed.

September 21, 2017

        Respectfully submitted,

        CRAVATH, SWAINE & MOORE LLP,

        by  /s/ Kevin J. Orsini
                    Kevin J. Orsini