UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GIANFRANCO ARENA,<br><br>               Plaintiff,<br><br>vs.<br><br>RIVERSOURCE LIFE INSURANCE CO.,<br><br>               Defendant. | *Civil Action No.*<br>2:16-cv-05063 (JLL)SCM<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE OF JAMIE HAAR** |

**PLEASE TAKE NOTICE** that Jamie Haar, Esq. of the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., hereby withdraws her appearance as counsel for Defendant Riversource Life Insurance Co. in the above-captioned action and requests that her name be removed from the Court's and parties' service lists. The law firm of Gordon & Rees, LLP continues to serve as counsel for Defendant through its attorneys having appeared in this action, and all future correspondence and papers in this action should continue to be directed to them.

Dated: June 29, 2018
      New York, New York

                                          Respectfully submitted,

                                          OGLETREE, DEAKINS, NASH,
                                          SMOAK & STEWART, P.C.

                                          By: /s/ Jamie Haar
                                               Jamie Haar
                                          599 Lexington Avenue, 17th Floor
                                          New York, New York  10022
                                          (212) 492-2500
                                          jamie.haar@ogletree.com